**Order entered July 1, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00454-CR

## EX PARTE WILLIAM THOMAS NICHOLAS, JR.

**On Appeal from the County Criminal Court No. 10**
**Dallas County, Texas**
**Trial Court Cause No. MC15-A0588-L**

## ORDER

The Court has before it appellant's June 29, 2015 "Original Writ of Mandamus" in which he complains the Dallas County Clerk has violated a ministerial duty by not providing appellant with certain documents. He asks that we order the Dallas County Clerk to send him the documents he seeks. We will treat this as a motion in the pending appeal rather than a separate original proceeding.

On June 25, 2015, this Court ordered the Dallas County Clerk to file a supplemental clerk's record containing the "Court's Supplemental Order and Findings of Fact and Conclusions of Law" that reduces to writing the trial court's ruling on appellant's application for writ of habeas corpus. We also ordered the Dallas County Clerk to provide written verification that copies of the clerk's record and supplemental clerk's records were sent to appellant. On June 29, 2015, we received both the supplemental clerk's record and the verification that the records have

been sent to appellant. Accordingly, we **DENY** appellant's June 29, 2015 pro se motion to order the trial to send appellant the clerk's record and supplemental clerk's records.

Appellant's pro se brief remains due on August 21, 2015.

We **DIRECT** the Clerk to send copies of this order to the Honorable Roberto Canas, Jr., Presiding Judge, County Criminal Court No. 10; John Warren, Dallas County Clerk; and the Dallas County District Attorney's Office.

We **DIRECT** the Clerk to send copies of this order, by first-class mail, to William Thomas Nicholas, Jr., TDCJ No. 1680033, Clements Unit, 9601 Spur 591, Amarillo, Texas 79107-9606.


/s/     ADA BROWN
        JUSTICE